UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-359-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | MOTION TO UNSEAL |
| ) | |
| JESSE RAY "TOMMY" FAULKNER ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, with the consent of the Defendant by and through his counsel, hereby moves this Honorable Court for an Order to unseal the case, excepting only those documents and docket entries that are governed by Local Rules and orders. In support thereof, the United States advises the Court that the original reasons and concerns for sealing the matter no longer exist.

WHEREFORE, the United States respectfully requests that the Court grant this motion. A proposed order has been submitted.

Respectfully submitted, this 4th day of February, 2013.

THOMAS G. WALKER
United States Attorney

BY: BANUMATHI RANGARAJAN
Assistant United States Attorney
United States Attorney's Office-EDNC
Criminal Division
310 New Bern Avenue
Suite 800
Raleigh, NC 27601
Telephone: (919) 856-4308
Fax: (919) 856-4487
E-mail: banu.rangarajan@usdoj.gov
North Carolina State Bar No. 27311

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing on counsel for the defendant in this action by electronically filing the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to, or by U.S. mail, postage prepaid and addressed to:

> Trawick H. Stubbs, Jr.
> P.O. Box 1654
> New Bern, NC 28563
>
> Kindelle Morton McCullen
> P.O. Box 1654
> New Bern, NC 28563

This 4th day of February, 2013.

BY: BANUMATHI RANGARAJAN
Assistant United States Attorney
Criminal Division
310 New Bern Avenue
Suite 800
Raleigh, NC 27601
Telephone: (919) 856-4308
Fax: (919) 856-4487
E-mail: banu.rangarajan@usdoj.gov
North Carolina State Bar No. 27311